| | | | | |
|---|---|---|---|---|
| Widmer Engineering v. Five–R Excavating ................ | 257CD16 | 03/13/2017 | Beaver County No. 10748–2011 | Affirmed |
| Atrium I Nursing Research and Rehabilitation v. DHS ........ | 945CD16 | 03/13/2017 | Bureau of Hearings and Appeals, Department of Human Services No. 095–03–0002 | Dismissed |
| Moyer v. PUC................. | 882CD16 | 03/13/2017 | Pennsylvania Public Utility Commission C–2011–2273645 and C–2014–2444864 | Affirmed |
| Bauza v. PBPP ................ | 1048CD16 | 03/13/2017 | Board of Probation & Parole KJ–2610 | Affirmed |
| Bowersox v. UCBR............ | 1360CD16 | 03/16/2017 | Unemployment Compensation Board of Review B–590312 | Affirmed |
| Dozier v. Department of Corrections (OOR) ................ | 1613CD16 | 03/16/2017 | Office of Open Records AP 2016–1364 | Affirmed |
| Johnson v. DHS .............. | 517MD15 | 03/17/2017 | Bureau of Hearings and Appeals, Department of Human Services 102–15–0007 | Affirmed |
| Gallagher v. UCBR............ | 2742CD15, 2751CD15, 2752CD15, 2753CD15, 2754CD15, 2755CD15, 2756CD15, 2757CD15, 2758CD15 | 03/17/2017 | Unemployment Compensation Board of Review B–584418 | Affirmed |
| Montgomery v. DOC ........... | 525MD15 | 03/17/2017 | Original Jurisdiction | Preliminary Objections Overruled |
| Seward v. PBPP .............. | 199CD16 | 03/17/2017 | Board of Probation & Parole 389–GK | Affirmed |
| Lucabaugh v. City of Pottsville .. | 558CD16 | 03/17/2017 | Schuylkill County S 2190–15 | Affirmed |
| Lucabaugh v. City of Pottsville .. | 664CD16 | 03/17/2017 | Schuylkill County S–3534–2009 | Affirmed |
| Lucabaugh v. City of Pottsville .. | 741CD16 | 03/17/2017 | Schuylkill County S–1765–2015 | Affirmed |
| Parsons v. PennDOT ........... | 874CD16 | 03/17/2017 | Washington County 2016–1122 | Affirmed |